**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:24-cr-0002 |
| **GABRIELLE DAZLE,** | ) |
| **Defendant.** | ) |

**ORDER**

  **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 5, 2024, recommending that the Defendant's plea of guilty to Count One of the Indictment, a violation of 18 U.S.C. § 641 be accepted, and the defendant be adjudged guilty. (ECF No. 26.) After careful consideration and review, and there being no objection, it is hereby

  **ORDERED** that the Report and Recommendation, ECF No. 26, is **ADOPTED;** it is further

  **ORDERED** that Defendant Gabrielle Dazle's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Gabrielle Dazle is adjudged **GUILTY** on that count; it is further

  **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

  **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **May 17, 2024;** it is further

  **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **May 27, 2024;** it is further

  **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **June 10, 2024;** it is further

  **ORDERED** that the parties shall file their sentencing memoranda no later than **June 24, 2024;** it is further

*United States v. Dazle*
Case No. 3:24-cr-0002
Order
Page **2** of **2**

**ORDERED** that a sentencing hearing shall be held on **July 3, 2024, at 10:30 A.M. in STT Courtroom No. 1.**

**Dated:** April 19, 2024                                          */s/ Robert A. Molloy*
                                                                                   **ROBERT A. MOLLOY**
                                                                                   **Chief Judge**